RECEIVED

MAR 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPHNE P. RAND, by and through DEBRA DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.

    Plaintiff,

v.

AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.

    Defendant.

CASE NO. CV 09-0639

~~(Proposed)~~ *WDB*
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew S. Friedman, , whose business address and telephone number is Bonnett, Fairbourn, Friedman & Balint, PC, 2901 N. Central Avenue, Suite 1000, Phoenix, Arizona 85012, 602-274-1100

and who is an active member in good standing of the bar of United States District Court of Arizona having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 3/2/09

                                        Wayne D. Brazil
                                        United States Magistrate Judge