| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| | Thomas.Herlihy@wilsonelser.com |
| 2 | SHIVANI NANDA (SBN 253891) |
| | Shivani.Nanda@wilsonelser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
| |    EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
| | San Francisco, California  94105 |
| 5 | Tel:   (415) 433-0990 |
| | Fax:  (415) 434-1370 |
| 6 | |
| 7 | Attorneys for Defendant |
| | AMERICAN NATIONAL INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:     CV09-0639 WDB<br><br>**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[Local Rule 6-1]**<br><br>Courtroom     :      4<br>Honorable Wayne D. Brazil<br><br>Filed     :      02/12/09 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Daphne Rand, by and through Debra J. Dolch, as Conservator of the Person and Estate of Daphne P. Rand, Conservatee, on Behalf of Themselves and All Others Similarly Situated ("Plaintiff") and defendant American National Insurance Company ("Defendant"), through their attorneys of record, as follows:

    1.    On or about February 13, 2009, defendant American National Insurance Company received a Notice of Lawsuit and Request For Waiver of Service of Summons regarding this action, along with a copy of the Summons and Complaint;

---

1
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-0639 WDB
424717.1

2. Defendant has agreed to waive service of the Summons and Complaint in this action;

3. The parties have agreed that defendant's response to the Complaint shall be due on or before March 27, 2009; and

4. This stipulated date for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: March 6, 2009                                       WILSON, ELSER, MOSKOWITZ,
                                                          EDELMAN & DICKER LLP


By: __/s/ Thomas M. Herlihy_____
    THOMAS M. HERLIHY
    Attorneys for Defendant
    AMERICAN NATIONAL INSURANCE
    COMPANY


Date: March 6, 2009                                       BONNETT, FAIRBOURN, FRIEDMAN &
                                                          BALINT, P.C.


By: __/s/ Andrew S. Friedman_____
    ANDREW S. FRIEDMAN
    Attorneys for Plaintiff
    DAPHNE P. RAND


**ORDER**

**IT IS SO ORDERED.**

Date: 3/9/2009              By: _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Wayne D. Brazil, Judge Wayne D. Brazil]*

2
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-0639 WDB
424717.1