WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
DAVID L. CHENG (240926)
dcheng@waterskraus.com
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: 415/296-6060
214/777-0470 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S HEARING RE MOTION TO DISMISS TO BE MOVED TO JULY 31, 2009**<br><br>Judge Susan Illston<br><br>Action Filed: 02/12/09 |

WHEREAS, Defendant American National Insurance Company ("Defendant") filed its Renotice of Motion and Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [FRCP 12(b)(6)] on April 28, 2009 ("Renoticed Motion to Dismiss");

WHEREAS, Plaintiff has filed her Opposition to the Renoticed Motion to Dismiss on June 4, 2009, and Defendant has filed its Reply on June 12, 2009;

WHEREAS, the Renoticed Motion to Dismiss currently is set to be heard on June 26, 2009, in Department 10 at 9:00 a.m.;

WHEREAS, the parties have agreed to move the hearing date of the Renoticed Motion to Dismiss to July 31, 2009, in Department 10, at 9:00 a.m.

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record, that the hearing on Defendant's Renoticed Motion to Dismiss shall be moved to be heard on July 31, 2009, in Department 10, at 9:00 a.m.

IT IS SO STIPULATED:

DATED: June 24, 2009         WATERS KRAUS & PAUL


                             By: ___/s/_____
                             INGRID M. EVANS
                             Attorneys for Plaintiff DAPHNE P. RAND, by and
                             through DEBRA J. DOLCH, as Conservator of the
                             Person and Estate of DAPHNE P. RAND, Conservatee

DATED: June 24, 2009         WILSON ELSER MOSKOWITZ EDELMAN & DICKER


                             By: ___/s/_____
                             THOMAS M. HERILHY
                             Attorneys for Defendant AMERICAN NATIONAL
                             INSURANCE COMPANY

IT IS SO ORDERED.

DATED: _____

                             By_____Susan Illston_____
                             The Honorable Susan Illston
                             District Court Judge

2

STIPULATION AND ORDER RE MOTION TO DISMISS HEARING

# PROOF OF SERVICE

*Daphne P. Rand, et al. v. American National Insurance Company, et al*
Case No. CV 09 0639 SI

I, Teri Sweet, am over eighteen years of age and not a party to the within action; my business address is 3219 McKinney Avenue, Dallas, TX 75204. I am employed in Dallas County, Texas.

I hereby declare that on this date (June 24, 2009), I electronically filed:

**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S HEARING RE MOTION TO DISMISS TO BE MOVED TO JULY 31, 2009**

[X]  With the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Andrew Mytelka | John C. Ferry |
| Joseph R. Russo | Shivani Nanda |
| Greer, Herz & Adams, L.L.P. | Thomas M. Herlihy |
| One Moody Plaza, 18th Floor | Wilson Elser Moskowitz Edelman & Dicker |
| Galveston, TX  77550 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94102-2725 |

[X]  **(BY MAIL)**   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **Dallas, Texas**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with the postage thereon fully prepaid at **Dallas, Texas** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct. Executed on June 24, 2009, at Dallas, Texas.

*/s/ Teri Sweet*
Teri Sweet