```
 1  THOMAS M. HERLIHY (SBN 83615)
    SHIVANI NANDA (SBN 253891)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Tel:   (415) 433-0990
    Fax:   (415) 434-1370
 5  Email: Thomas.Herlihy@wilsonelser.com
           Shivani.Nanda@wilsonelser.com
 6

 7  ANDREW J. MYTELKA (Pro Hac Vice)
    JOSEPH R. RUSSO (Pro Hac Vice)
 8  GREER, HERZ & ADAMS, LLP
    One Moody Plaza, 18th Floor
 9  Galveston, Texas 77550
    Tel:   (409) 797-3200
10  Fax:   (409) 766-6424
    Email: amytelka@greerherz.com
11         jrusso@greerherz.com

12  Attorneys for Defendant
    AMERICAN NATIONAL INSURANCE COMPANY
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | Case No.:   CV09-0639 SI<br><br>**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[Local Rule 6-1]**<br><br>Courtroom  :    10<br>Honorable Susan Illston<br><br>Action Filed  :    02/12/09 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Daphne Rand, by and through Debra J. Dolch, as Conservator of the Person and Estate of Daphne P. Rand, Conservatee, on Behalf of Themselves and All Others Similarly Situated ("Plaintiff") and

---

1
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-0639 SI
466165.1

defendant American National Insurance Company ("Defendant"), through their attorneys of record, as follows:

1. The parties have agreed that Defendant's response to the Complaint shall be due on or before Friday, August 14, 2009; and

2. This stipulated date for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: August 7, 2009
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Thomas M. Herlihy*
THOMAS M. HERLIHY
Attorneys for Defendant
AMERICAN NATIONAL INSURANCE COMPANY

Date: August 7, 2009
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: */s/ Andrew S. Friedman*
ANDREW S. FRIEDMAN
Attorneys for Plaintiff
DAPHNE P. RAND

**ORDER**

**IT IS SO ORDERED.**

Date: _____ By: _____
HONORABLE SUSAN ILLSTON
United States District Judge

2
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-0639 SI
466165.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2009.

          /s/ *Shivani Nanda*
          SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:   (415) 433-0990
Fax:  (415) 434-1370

---

3
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-0639 SI
466165.1