WATERS KRAUS & PAUL LLP
INGRID M. EVANS (179094)
ievans@waterskraus.com
DAVID L. CHENG (240926)
dcheng@waterskraus.com
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: 415-296-6060

BONNETT FAIRBOURN FRIEDMAN
& BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Pending)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCHE, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | **Case No. CV 09-0639-SI**<br><br>ORDER EXTENDING TIME OF PLAINTIFF DAPHNE P. RAND, by and through DEBRA J. DOLCH, TO FILE REPLY TO DEFENDANT AMERICAN NATIONAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT CO-LEAD CLASS COUNSEL AND FOR ENTRY OF [PROPOSED] PRE-TRIAL ORDER NO. 1<br><br>(Assigned to the Honorable Susan Illston) |

Upon consideration of the "Stipulation to Extend the Time for Plaintiff Daphne P. Rand, by and through Debra J. Dolch, to File Reply to Defendant American National Insurance

Company's Opposition to Plaintiff's Motion to Appoint Co-Lead Class Counsel and for Entry of [Proposed] Pre-Trial Order No. 1," and good cause appearing,

IT IS HEREBY ORDERED that the time for Plaintiff to file her Reply to Defendant American National Insurance Company's Opposition to Plaintiff's Motion to Appoint Co-Lead Class Counsel and for Entry of [Proposed] Pre-Trial Order No. 1 is extended.  Plaintiff shall file her Reply on or before September 14, 2009.

DATED: _____     _____
                                                         Honorable Susan Illston