IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant.<br>_____/ | No. C 09-639 SI<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND FOR ENTRY OF PRETRIAL ORDER NO. 1** |

On September 25, 2009, the Court held a hearing on plaintiffs' motion to appoint interim co-lead class counsel and for entry of Pretrial Order No. 1. For the reasons explained at the hearing, the Court DENIES the motion without prejudice to renewal at a later date if appropriate. (Docket No. 48).

**IT IS SO ORDERED.**

Dated: September 25, 2009

SUSAN ILLSTON
United States District Judge