1  WATERS KRAUS & PAUL
2  INGRID M. EVANS (179094)
   ievans@waterskraus.com
3  601 Van Ness Avenue, Suite 2080
   San Francisco, CA  94102
4  Telephone:  415/296-6060
   214/777-0470 (fax)
5
6  BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
   ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
7  afriedman@bffb.com
   KIMBERLY C. PAGE (*Pro Hac Vice admission*)
8  kpage@bffb.com
   2901 N. Central Avenue, Suite 1000
9  Phoenix, AZ 85012
   Telephone:  602/274-1100
10 602/274-1199 (fax)
11
   Attorneys for Plaintiff and the Putative Class
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>                              Plaintiff,<br><br>         vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>                              Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING INITIAL CASE MANAGEMENT CONFERENCE TO BE MOVED TO NOVEMBER 13, 2009**<br><br>Judge Susan Illston<br><br>Action Filed:            02/12/09 |

IT IS STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THAT:

WHEREAS, the status conference in this case is currently set for Friday, October 23, 2009 and Plaintiff's counsel has a conflict during the last few weeks of October 2009;

1

STIPULATION AND ORDER RE INITIAL CASE MANAGEMENT CONFERENCE

WHEREAS, if convenient to the court, the parties have agreed to move the hearing date of the Initial Case Management Conference to November 13, 2009, in Department 10, at 2:30 p.m.;

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record, that the hearing on the Initial Case Management Conference shall be moved to Friday, November 13, 2009, in Department 10, at 2:30 p.m.

IT IS SO STIPULATED:

DATED: September 28, 2009           WATERS KRAUS & PAUL

By:     /s/  Ingrid M. Evans
INGRID M. EVANS
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

DATED: September 28, 2009           WILSON ELSER MOSKOWITZ EDELMAN & DICKER

By:     /s/  Thomas M. Herilhy
THOMAS M. HERILHY
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

IT IS SO ORDERED.

DATED: _____

By _____
The Honorable Susan Illston
District Court Judge

## PROOF OF SERVICE

*Daphne P. Rand, et al. v. American National Insurance Company, et al*
Case No. CV 09 0639 SI

I, Teri Sweet, am over eighteen years of age and not a party to the within action; my business address is 3219 McKinney Avenue, Dallas, TX 75204. I am employed in Dallas County, Texas.

I hereby declare that on this date (September 28, 2009), I electronically filed:

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING INITIAL CASE MANAGEMENT CONFERENCE TO BE MOVED TO NOVEMBER 13, 2009**

[X]   With the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Andrew Mytelka | John C. Ferry |
| Joseph R. Russo | Shivani Nanda |
| Greer, Herz & Adams, L.L.P. | Thomas M. Herlihy |
| One Moody Plaza, 18th Floor | Wilson Elser Moskowitz Edelman & Dicker |
| Galveston, TX 77550 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94102-2725 |

[ ]   **(BY MAIL)**   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **Dallas, Texas**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with the postage thereon fully prepaid at **Dallas, Texas** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct. Executed on September 28, 2009, at Dallas, Texas.

*/s/ Teri Sweet*
Teri Sweet

---

3

STIPULATION AND ORDER RE INITIAL CASE MANAGEMENT CONFERENCE