1 | INGRID M. EVANS (SBN 179094)
SUNDEEP R PATEL (SBN 242284)
2 | WATERS KRAUS & PAUL
601 Van Ness Avenue, Suite 2080
3 | San Francisco, California  94102
Tel:    (415) 296-6060
4 | Fax:    (214) 777-0470
Email: ievans@waterskraus.com
5 |           spatel@waterskraus.com

6 | ANDREW S. FRIEDMAN (*Pro Hac Vice*)
KIMBERLY C. PAGE (*Pro Hac Vice*)
7 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
2901 N. Central Avenue, Suite 1000
8 | Phoenix, Arizona  85012
Tel:    (602) 274-1100
9 | Fax:    (602) 274-1199
Email: afriedman@bffb.com
10 |          kpage@bffb.com

11 | Attorneys for Plaintiff
DAPHNE P. RAND

13 | THOMAS M. HERLIHY (SBN 83615)
SHIVANI NANDA (SBN 253891)
14 | WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
15 | 525 Market Street, 17th Floor
San Francisco, California  94105
16 | Tel:    (415) 433-0990
Fax:    (415) 434-1370
17 | Email: Thomas.Herlihy@wilsonelser.com
           Shivani.Nanda@wilsonelser.com

19 | ANDREW J. MYTELKA (*Pro Hac Vice*)
JOSEPH R. RUSSO (*Pro Hac Vice*)
20 | GREER, HERZ & ADAMS, LLP
One Moody Plaza, 18th Floor
21 | Galveston, Texas  77550
Tel:    (409) 797-3200
22 | Fax:    (409) 766-6424
Email: amytelka@greerherz.com
23 |           jrusso@greerherz.com

24 | Attorneys for Defendant
AMERICAN NATIONAL INSURANCE COMPANY

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**

USDC NDCA Case # CV09-0639 SI
481554.1

<pre>
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION
</pre>

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | Case No.:   CV09-0639 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**<br><br>**[N.D. ADR Local Rule 5-5]**<br><br>Honorable Susan Illston |

Plaintiff Daphne Rand, by and through Debra J. Dolch, as Conservator of the Person and Estate of Daphne P. Rand, Conservatee, on Behalf of Themselves and All Others Similarly Situated ("Plaintiff") and defendant American National Insurance Company ("Defendant") hereby submit this Stipulation to extend the deadline for conducting the Early Neutral Evaluation (ENE) session.

WHEREAS, the parties scheduled the ENE session for October 13, 2009;

WHEREAS, the parties engaged in joint preliminary discussions with the appointed evaluator Charles G. Miller, in which the parties agreed that the ENE session will be most beneficial if it is held after the Court rules on plaintiff's motion for class certification;

///
///
///
///
///
///
///

2
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**
USDC NDCA Case # CV09-0639 SI
481554.1

WHEREAS, the appointed evaluator Charles G. Miller has agreed to make himself available for an ENE session on a new date if the parties are able to obtain an extension in order to await the Court's order on plaintiff's motion for class certification;

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to June 15, 2010.

Date: October 12, 2009                WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                  By:  /s/ *Thomas M. Herlihy*
                                       THOMAS M. HERLIHY
                                       Attorneys for Defendant
                                       AMERICAN NATIONAL INSURANCE
                                       COMPANY

Date: October 12, 2009                WATERS KRAUS & PAUL

                                  By:  /s/ *Ingrid M. Evans*
                                       INGRID M. EVANS
                                       Attorneys for Plaintiff
                                       DAPHNE P. RAND

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to June 15, 2010.

Date:_____     By: /s/ Susan Illston
                                 HONORABLE SUSAN ILLSTON
                                 United States District Judge

---

3
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**
USDC NDCA Case # CV09-0639 SI
481554.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2009.

/s/ *Shivani Nanda*
SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370