WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415/296-6060 or
800/226-9880
214/777-0470 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE COURT'S SCHEDULING ORDER**<br><br>Judge Susan Illston<br><br>Action Filed: 02/12/09 |

This stipulation is made between Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"),

1

STIPULATION AND ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE

by and through their respective counsel of records, with respect to the following facts:

WHEREAS, the Court's Civil Pretrial Minute Order dated November 13, 2009 (Docket No. 78) sets forth the current scheduling order.

WHEREAS, the parties stipulated to a one week extension of time for ANICO to respond to the Court's February 9, 2010 Discovery Order concerning contact information for absent class members.

WHEREAS, the parties are still conducting discovery and believe that the current scheduling order should be modified to allow for completion of discovery, resolution of any discovery disputes and any other matters;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that the parties request a revised schedule as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Hearing on Motion for Class Certification | June 9, 2010 | September 1, 2010 |
| Motion due | May 5, 2010 | June 24, 2010 |
| Opposition due | May 19, 2010 | August 9, 2010 |
| Reply due | May 26, 2010 | August 23, 2010 |

The parties agree to vacate the expert designation and rebuttal expert designation deadlines as well as the expert discovery cut-off. Instead, Plaintiff will designate experts concurrently with the filing of her motion for class certification and Defendant will designate its rebuttal experts concurrently with the filing of its opposition.

DATED: February 19, 2010            BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.


                                    By:     /s/Andrew S. Friedman
                                        ANDREW S. FRIEDMAN
                                        Attorneys for Plaintiff DAPHNE P. RAND, by and
                                        through DEBRA J. DOLCH, as Conservator of the
                                        Person and Estate of DAPHNE P. RAND, Conservatee

2

STIPULATION AND ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE

DATED: February 19, 2010        WATERS KRAUS & PAUL


                                By:     /s/Ingrid M. Evans
                                    INGRID M. EVANS
                                    Attorneys for Plaintiff DAPHNE P. RAND, by and
                                    through DEBRA J. DOLCH, as Conservator of the
                                    Person and Estate of DAPHNE P. RAND, Conservatee


DATED: February 19, 2010        WILSON ELSER MOSKOWITZ EDELMAN & DICKER


                                By:     /s/Thomas M. Herilhy with permission
                                    THOMAS M. HERILHY
                                    Attorneys for Defendant AMERICAN NATIONAL
                                    INSURANCE COMPANY

IT IS SO ORDERED.

        DATED: _____

                                By_____
                                    The Honorable Susan Illston
                                    District Court Judge

---

3

STIPULATION AND ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE