WATERS KRAUS & PAUL LLP
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL
spatel@waterskraus (242284)
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: 415-296-6060

WATERS KRAUS & PAUL LLP
CHARLES S. SIEGEL (Pro Hac Vice)
csiegel@waterskraus.com
3219 McKinney Avenue
Dallas, TX 75204
Telephone: 214-357-6244

BONNETT FAIRBOURN FRIEDMAN
& BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Vice)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCHE, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | Case No. CV 09-0639-SI<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

WHEREAS, on February 26, 2010, Defendant American National Insurance Company ("ANICO") filed a Motion for Partial Summary Judgment ("Motion").

1  WHEREAS, in order to adequately respond to ANICO's Motion, Plaintiff needs ANICO to produce certain documents responsive to its discovery requests and to take a Rule 30(b)(6) deposition of ANICO on topics relating to compliance with Cal. Ins. Code § 10127 *et seq.*, which the parties have agreed will take place on or before April 16, 2010. ANICO has also agreed to produce documents relevant to this Rule 30(b)(6) deposition prior to the deposition date.

WHEREAS, Plaintiff anticipates that it can file its opposition to ANICO's Motion within ten (10) days of the completion of the aforementioned Rule 30(b)(6) deposition and ANICO anticipates that it can file its reply in support of its Motion within seven (7) days of the filing of Plaintiff's opposition.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, that, with the Court's permission, the following discovery, briefing and hearing schedule for ANICO's Motion shall be adopted:

| | |
|---|---|
| ANICO's Production of policy documents establishing the contents of the policy packets delivered to plaintiff and class members (e.g. Policy, application, cover, jacket, stickers, etc), compiled in the same format and order as these materials are delivered at the time of the sale to plaintiff and class members: | March 25, 2010 |
| Deposition of ANICO's Rule 30(b)(6) representative relating to compliance with Cal. Ins. Code § 10127, *et seq.*: | On or before April 16, 2010 |
| Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment: | April 26, 2010 |
| Defendants' Reply in Support of Motion For Partial Summary Judgment: | May 3, 2010 |
| Hearing on ANICO's Motion for Partial Summary Judgment: | May __, 2010 |

//
//
//

- 2 -
Joint Stipulation and Proposed Order Regarding Briefing and Hearing Schedule

DATED: March 9, 2010    BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.

By:  /s/
ANDREW S. FRIEDMAN
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

DATED: March 9, 2010    WILSON ELSER MOSKOWITZ EDELMAN & DICKER

By:  /s/
THOMAS M. HERILHY
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

ATTESTATION OF SIGNATURE

(N.D. Cal. General Order 45)

Pursuant to General Order No. 45, § X(B), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED: March 9, 2010    WATERS KRAUS & PAUL

By:  /s/
INGRID M. EVANS

**ORDER**

IT IS SO ORDERED.

DATED: _____

By_____
The Honorable Susan Illston
District Court Judge

- 3 -
Joint Stipulation and Proposed Order Regarding Briefing and Hearing Schedule