WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA  94102
Telephone:  (415/296-6060 or 800/226-9880
214/777-0470 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO SUBSTITUTE AND DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge Susan Illston<br><br>Action Filed:          02/12/09 |

This stipulation is made between Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel of records, based on the following:

1  WHEREAS, Plaintiff's Motion to Substitute is currently set for hearing on May 7, 2010, in Department 10 at 9:00 a.m.

WHEREAS, Defendant filed an Opposition to the Plaintiff's Motion to Substitute on April 16, 2010.

WHEREAS, Defendant's Motion for Partial Summary Judgment, originally noticed for April 2, 2010, was continued by Stipulation and Order to May 14, 2010, in Department 10 at 9:00 a.m.

WHEREAS, the parties have agreed for purposes of judicial efficiency and economy, and because Plaintiff's counsel has scheduling conflicts on the current hearing dates, to move the hearing dates of both motions to June 25, 2010, in Department 10, at 9:00 a.m.

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record, that the hearing on Plaintiff's Motion to Substitute and Defendant's Motion for Partial Summary Judgment may be moved to be heard on June 25, 2010, in Department 10, at 9:00 a.m., subject to approval by the Court.

DATED: April 23, 2010        WATERS, KRAUS & PAUL

                             By:    /s/
                             INGRID M. EVANS
                             Attorneys for Plaintiff DAPHNE P. RAND, by and
                             through DEBRA J. DOLCH, as Conservator of the
                             Person and Estate of DAPHNE P. RAND, Conservatee

DATED: April 23, 2010        WILSON ELSER MOSKOWITZ EDELMAN & DICKER

                             By:    /s/
                             THOMAS M. HERILHY
                             Attorneys for Defendant AMERICAN NATIONAL
                             INSURANCE COMPANY

REVISED STIPULATION AND ORDER CONTINUING HEARINGS

ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

DATED: April 23, 2010          WATERS, KRAUS & PAUL


                               By:  ____/s/_____
                                    INGRID M. EVANS



IT IS SO ORDERED.

        DATED: _____

                                    By_____
                                       The Honorable Susan Illston
                                       District Court Judge