WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415/296-6060 or
800/226-9880
214/777-0470 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE**<br><br>Judge Susan Illston<br><br>Action Filed:    02/12/09 |

This stipulation is made between Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel of records, based on the following:

1

WHEREAS, on April 23, 2010, due to plaintiff's counsel's unavailability and for purposes of Judicial efficiency and economy, the parties submitted a Stipulation and Proposed Order requesting a continuance of the hearings on Plaintiff's Motion to Substitute, previously set for hearing on May 7, 2010, and Defendant's Motion for Partial Summary Judgment, previously set for May 14, 2010, to June 25, 2010 at 9:00 a.m. in Department 10 (the date provided by the Court's scheduling clerk).

WHEREAS, on April 28, 2010, the Court ordered that the hearings on Plaintiff's Motion for Substitution and Defendant's Motion for Partial Summary Judgment are continued to June 25, 2010.

WHEREAS, the parties have agreed on the following proposed briefing schedule, which allows them sufficient time to complete their respective submissions in connection with the pending motions and provides for the final briefs to be submitted two weeks in advance of the rescheduled hearing date:

| | |
|---|---|
| Plaintiff's Reply in Support of Motion to Substitute | May 25, 2010 |
| Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | May 25, 2010 |
| Defendant's Reply in Support of Motion for Partial Summary Judgment | June 11, 2010 |

WHEREAS, the parties are still conducting discovery: The parties have not yet completed document production; depositions of several of ANICO's Corporate Representatives are scheduled for the week of May 24, 2010, and there are additional depositions to be scheduled. The parties believe that the current scheduling order on class certification should be modified to allow for completion of discovery, resolution of any discovery disputes and any other matters, as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Hearing on Motion for Class Certification | September 1, 2010 | November 19, 2010, or a date convenient to the court |

| | | |
|---|---|---|
| Class Certification Motion and Designation of Class Certification Experts due | June 24, 2010 | August 24, 2010 |
| Opposition and Designation of Rebuttal Class Certification Experts due | August 9, 2010 | October 12, 2010 |
| Reply due | August 23, 2010 | November 2, 2010 |

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record, that the briefing schedule for Plaintiff's Motion to Substitute, Defendant's Motion for Partial Summary Judgment and the class certification briefing may be continued as set forth above, subject to approval by the Court.

DATED: April 30, 2010        WATERS, KRAUS & PAUL

By:     /s/
INGRID M. EVANS
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

DATED: April 30, 2010        GREER, HERZ & ADAMS, LLP

By:     /s/
JOSEPH R. RUSSO
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

DATED: April 30, 2010        WATERS, KRAUS & PAUL

By: _____/s/_____
              INGRID M. EVANS

IT IS SO ORDERED.

    DATED: _____

By_____*Susan Illston*_____
The Honorable Susan Illston
District Court Judge

4
STIPULATION AND PROPOSED ORDER CONTINUING BRIEFING SCHEDULE