WATERS KRAUS & PAUL LLP
INGRID M. EVANS (179094)
ievans@waterskraus.com
DAVID L. CHENG (240926)
dcheng@waterskraus.com
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: 415-296-6060

BONNETT FAIRBOURN FRIEDMAN
& BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Pending)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCHE, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>　　　　　　　Defendant. | **Case No. CV 09-0639-SI**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(Assigned to the Honorable Susan Illston) |

This stipulation is made between Plaintiff DAPHNE P. RAND, by and through DEBRA DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, ("Plaintiff") and

1  Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through
2  their respective counsel, based on the following:
3      WHEREAS, on February 26, 2010, Defendant filed a Motion for Partial Summary
4  Judgment ("Motion").
5      WHEREAS, the date for filing Plaintiff's Response in Opposition to Defendant's Motion
6  for Partial Summary Judgment was extended by stipulation and order of the Court to May 25,
7  2010.
8      WHEREAS, Plaintiff has noticed certain depositions of ANICO pursuant to Rule
9  30(b)(6) on topics relating to actuarial methods, policies, and compliance, and corporate policies
10 and compliance, which will take place on May 25-27, 2010.  Plaintiff reasonably anticipates
11 information acquired during these depositions will be relevant in responding to Defendant's
12 Motion.
13     WHEREAS, the parties have agreed for purposes of judicial efficiency and economy, to
14 extend the filing deadline for Plaintiff's Response in Opposition to Defendant's Motion for
15 Partial Summary Judgment to June 1, 2010 and Defendant's Reply in Support for Partial
16 Summary Judgment to June 16, 2010.
17     THEREFORE, it is hereby stipulated between the undersigned parties, through their
18 counsel of record, that, with the Court's permission, the following briefing schedule for
19 Defendant's Motion shall be adopted:

| | |
|---|---|
| Deposition of ANICO's Rule 30(b)(6) representative relating to actuarial methods, policies, and compliance, and corporate policies and compliance: | On or before <u>May 27, 2010</u> |
| Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment: | <u>June 1, 2010</u> |
| Defendant's Reply in Support for Partial Summary Judgment: | <u>June 16, 2010</u> |

Hearing on Defendant's Motion for Partial Summary Judgment:       June 25, 2010

DATED: May 20, 2010        BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.

By:  /s/Andrew S. Friedman
ANDREW S. FRIEDMAN
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

DATED: May 20, 2010        WILSON ELSER MOSKOWITZ EDELMAN & DICKER

By:  /s/Thomas M. Herilhy
THOMAS M. HERILHY
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

ATTESTATION OF SIGNATURE

(N.D. Cal. General Order 45)

Pursuant to General Order No. 45, § X(B), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED: May 20, 2010        BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.

By:      /s/Andrew S. Friedman
ANDREW S. FRIEDMAN

**ORDER**

IT IS SO ORDERED.

DATED: _____

By_____Susan Illston_____
The Honorable Susan Illston
District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 20, 2010.

                                      By: /s/Nancy Varner
                                          Nancy Varner
BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100
602-274-1199 facsimile
Email: nvarner@bffb.com