THOMAS M. HERLIHY (SBN 83615)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370
Email: Thomas.Herlihy@wilsonelser.com
          Shivani.Nanda@wilsonelser.com


ANDREW J. MYTELKA (*Pro Hac Vice*)
JOSEPH R. RUSSO (*Pro Hac Vice*)
GREER, HERZ & ADAMS, LLP
One Moody Plaza, 18th Floor
Galveston, Texas  77550
Tel:    (409) 797-3200
Fax:    (409) 766-6424
Email: amytelka@greerherz.com
          jrusso@greerherz.com

Attorneys for Defendant
AMERICAN NATIONAL INSURANCE COMPANY


INGRID M. EVANS (SBN 179094)
SUNDEEP R PATEL (SBN 242284)
WATERS KRAUS & PAUL
601 Van Ness Avenue, Suite 2080
San Francisco, California  94102
Tel:    (415) 296-6060
Fax:    (214) 777-0470
Email: ievans@waterskraus.com
          spatel@waterskraus.com

ANDREW S. FRIEDMAN (*Pro Hac Vice*)
KIMBERLY C. PAGE (*Pro Hac Vice*)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona  85012
Tel:    (602) 274-1100
Fax:    (602) 274-1199
Email: afriedman@bffb.com
          kpage@bffb.com

Attorneys for Plaintiff
DAPHNE P. RAND

1
**STIPULATION AND [PROPOSED] ORDER CONTINUING (1) BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT  AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT; (2) ENE COMPLETION DATE; (3) CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**
USDC NDCA Case # CV09-0639 SI
550836.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | Case No.: CV09-0639 SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING (1) BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT; (2) ENE COMPLETION DATE; (3) CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE<br><br>Honorable Susan Illston |

This stipulation is made between Plaintiff Daphne P. Rand, by and through Debra Dolch, as Conservator of the Person and Estate of Daphne P. Rand, ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel, based on the following:

WHEREAS, on February 26, 2010, Defendant filed a Motion for Partial Summary Judgment ("Motion");

WHEREAS, the Motion is currently set for hearing on the Court's docket for June 25, 2010 at 9:00 a.m. in Department 10. The hearing on Plaintiff's Motion to Substitute Class Representative is also set for hearing on June 25, 2010;

WHEREAS, on June 1, 2010, Plaintiff filed her Response to Defendant's Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment ("Plaintiff's Cross Motion"), raising arguments and issues not specifically addressed in Defendant's Motion;

1    WHEREAS, the date for filing Defendant's Response in Opposition to Plaintiff's Cross
2 Motion is June 22, 2010;

3    WHEREAS, the parties agree that Defendant may have additional time to prepare its
4 response to the issues raised in Plaintiff's Cross Motion and that Plaintiff may file a reply, if
5 necessary, in support of Plaintiff's Cross Motion;

6    WHEREAS, the parties respectfully submit that the current scheduling order on Defendant's
7 Motion should be modified to allow sufficient time for the parties to fully brief the issues raised by
8 Defendant's Motion and Plaintiff's Cross Motion;

9    WHEREAS, the parties also agree that the schedule for completion of the Early Neutral
10 Evaluation and the class certification briefing schedule should be adjusted so that the parties will
11 have the benefit of the Court's ruling on Defendant's Motion and Plaintiff's Cross Motion; and

12    WHEREAS, the parties agree, subject to the approval of the Court, that Plaintiff's Motion to
13 Substitute Estate of Daphne R. Rand and Debera J. Dolch, as Special Administrator of the Estate of
14 Daphne P. Rand, as Successor in Interest ("Plaintiff's Motion to Substitute") shall remain on the
15 June 25, 2010 docket for hearing at 9:00am.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1   THEREFORE, the parties hereby stipulate to and respectfully request the Court to adopt the
2   following modified pretrial schedule:

|  | Current Date | Proposed Date |
|---|---|---|
| Hearing on Plaintiff's Motion to Substitute | June 25, 2010 | June 25, 2010 |
| Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | June 16, 2010 | July 12, 2010 |
| Defendant's Response to Plaintiff's Cross Motion | June 22, 2010 | July 12, 2010 |
| Plaintiff's Reply to Defendant's Response to Plaintiff's Cross Motion for Partial Summary Judgment | None | July 26, 2010 |
| Hearing on Defendants Motion for Partial Summary Judgment and Plaintiff's Cross Motion | June 25, 2010 | July 30, 2010 (9:00am) or a date convenient to the Court |
| Plaintiff's Motion for Class Certification and Designation of Class Certification Experts | August 24, 2010 | September 21, 1010 |
| Defendant's Opposition to Motion for Class Certification and Designation of Rebuttal Class Certification Experts | October 12, 1010 | November 9, 2010 |
| Plaintiff's Reply in Support of Motion for Class Certification | November 2, 2010 | November 30, 2010 |
| Hearing re: Motion for Class Certification | November 19, 2010 | December 20, 2010 |
| Deadline for ENE | June 15, 2010 | November 30, 2010 |

DATED: June 8, 2010             WILSON ELSER MOSKOWITZ EDELMAN & DICKER

                                By:   /s/Thomas M. Herlihy
                                    THOMAS M. HERLIHY
                                    Attorneys for Defendant AMERICAN NATIONAL
                                    INSURANCE COMPANY

---

4
**STIPULATION AND [PROPOSED] ORDER CONTINUING (1) BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT; (2) ENE COMPLETION DATE; (3) CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**
USDC NDCA Case # CV09-0639 SI
550836.1

|   |   |
|---|---|
| DATED: June 8, 2010 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C. |

By:     /s/Andrew S. Friedman
ANDREW S. FRIEDMAN
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

### ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

DATED: June 8, 2010    WILSON ELSER MOSKOWITZ EDELMAN & DICKER

By:     /s/Thomas M. Herlihy
THOMAS M. HERLIHY

### **ORDER**

IT IS SO ORDERED.

Date:_____    By:_____
HONORABLE SUSAN ILLSTON
United States District Judge

---

5
**STIPULATION AND [PROPOSED] ORDER CONTINUING (1) BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT; (2) ENE COMPLETION DATE; (3) CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**
USDC NDCA Case # CV09-0639 SI
550836.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2010.

                               /s/ *Shivani Nanda*
                               SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:    (415) 434-1370