WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA  94102
Telephone:  (415/296-6060 or 800/226-9880
214/777-0470 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:  602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION**<br><br>Judge Susan Illston |

This stipulation is made between Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"),

1

by and through their respective counsel of records, based on the following:

WHEREAS, on February 26, 2010, Defendant filed a Motion for Partial Summary Judgment ("Motion");

WHEREAS, on June 1, 2010, Plaintiff filed her Response to Defendant's Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment ("Plaintiff's Cross Motion"), raising arguments and issues not specifically addressed in Defendant's Motion;

WHEREAS, on July 12, 2010, Defendant filed its Reply to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment and Response to Plaintiff's Cross-Motion for Partial Summary Judgment ("Response Motion") and Supporting Declarations.

WHEREAS, the date for filing Plaintiff's Reply to Defendant's Response to Plaintiff's Cross Motion for Partial Summary Judgment ("Reply Motion") is July 26, 2010.

WHEREAS, the parties have agreed to move the date for filing of Plaintiff's Reply Motion to August 23, 2010 in order to allow Plaintiffs to have sufficient time to allow Plaintiffs to depose witnesses who have submitted Declarations Supporting Defendant's Response Motion.

WHEREAS, the hearing on Defendant's Motion for Partial Summary Judgment and Plaintiff's Cross Motion is currently is set to be heard on July 30, 2010 at 9:00 a.m.;

WHEREAS, the parties have agreed to move the hearing date of Defendant's Motion for Partial Summary Judgment and Plaintiff's Cross Motion to August 27, 2010 at 9:00 a.m, or a date convenient to the Court, in order to provide sufficient time for Plaintiff to depose witnesses who have submitted Declarations Supporting Defendant's Response Motion, and so there will be a sufficient amount of time between the date Plaintiff's Reply Motion is filed and the hearing.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that the parties request a revised schedule as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Plaintiff's Reply to Defendant's Response to Plaintiff's Cross Motion for Partial Summary Judgment | July 26, 2010 | August 23, 2010 |
| Hearing on Defendant's Motion for Partial Summary Judgment and Plaintiff's Cross Motion | July 30, 2010 | SEPTEMBER 3, 2010 ~~August 27, 2010~~ (9:00 a.m.) or a date convenient to the Court |

DATED: July 19, 2010        WATERS, KRAUS & PAUL

By: _____/s/_____
INGRID M. EVANS
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

DATED: July 19, 2010        GREER, HERZ & ADAMS, LLP

By: _____/s/_____
JOSEPH R. RUSSO
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION**

## ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

DATED: July 19, 2010           WATERS, KRAUS & PAUL

By: ____/s/_____
       INGRID M. EVANS

IT IS SO ORDERED.

DATED: _____

By_____
The Honorable Susan Illston
District Court Judge

4

**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION**