WATERS KRAUS & PAUL LLP
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA  94102
Telephone:  415/296-6060 or
800/226-9880
214/777-0470 (fax)

BONNETT FAIRBOURN FRIEDMAN
& BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Pending)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCHE, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>     Defendant. | **Case No. CV 09-0639-SI**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(Assigned to the Honorable Susan Illston) |

   This stipulation is made between Plaintiff DAPHNE P. RAND, by and through DEBRA

DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, ("Plaintiff") and

Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel, based on the following:

WHEREAS, on February 26, 2010, Defendant filed a Motion for Partial Summary Judgment ("Motion").

WHEREAS, on June 1, 2010, Plaintiff filed her Response to Defendant's Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment.

WHEREAS, on July 12, 2010, Defendant filed its Reply in Support of Motion for Partial Summary Judgment and Response to Plaintiff's Cross Motion for Partial Summary Judgment.

WHEREAS, the date for filing Plaintiff's Reply in Support of her Cross Motion for Partial Summary Judgment is August 23, 2010.

WHEREAS, on August 19, 2010, the Court moved the hearing date on these motions from September 3, 2010 to September 10, 2010.

WHEREAS, to accommodate Plaintiff's counsel's schedule and to allow Plaintiff sufficient time to review and incorporate deposition testimony of Defendant's expert that was just concluded on August 18, 2010, Defendant has consented to a two-day extension to August 25, 2010, for Plaintiff to file her Reply in Support of her Cross Motion for Partial Summary Judgment and Plaintiff has agreed that it will not raise a timeliness objection to any subsequent filing by Defendant based on the delay caused by this proposed reply-date extension.

WHEREAS, the requested extension of the briefing schedule will not affect the setting of the hearing.

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record, that, with the Court's permission, the following briefing schedule for Plaintiffs' Cross Motion for Partial Summary Judgment shall be adopted:

Plaintiff's Reply in Support for of Cross Motion
For Partial Summary Judgment:                                        August 25, 2010

DATED: August 20, 2010

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.

By:  /s/Andrew S. Friedman
ANDREW S. FRIEDMAN
Attorneys for Plaintiff DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee

DATED: August 20, 2010

GREER, HERZ & ADAMS, LLP

By:  /s/Joseph R. Russo
JOSEPH R. RUSSO
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

ATTESTATION OF SIGNATURE

(N.D. Cal. General Order 45)

Pursuant to General Order No. 45, § X(B), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED: August 20, 2010

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.

By:  /s/Andrew S. Friedman
ANDREW S. FRIEDMAN

**ORDER**

IT IS SO ORDERED.

DATED: _____

By_____
The Honorable Susan Illston
District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 20, 2010.

By: /s/Nancy Varner
    Nancy Varner
BONNETT FAIRBOURN FRIEDMAN
& BALINT, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100
602-274-1199 facsimile
Email: nvarner@bffb.com