WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
JENNIFER MCINTOSH (264903)
jmcintosh@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA  94102
Telephone:  (415/296-6060 or
800/226-9880
214/777-0470 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:  602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

*IT IS SO ORDERED AS MODIFIED*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>                    Plaintiff,<br><br>   vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>                    Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE**<br><br>Judge Susan Illston<br><br>Action Filed:            02/12/09 |

This stipulation is made between Plaintiff DEBRA J. DOLCH, as Special Administrator of the Estate of DAPHNE P. RAND ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel of records, based on the following:

1   WHEREAS, on August 19, 2010 (dkt. 130), the court moved Defendant's Motion for Partial Summary Judgment, previously set for September 3, 2010, to September 10, 2010 at 9:00 a.m. in Courtroom 10.

WHEREAS, Plaintiff agrees she will not amend the complaint or add parties between now and the time ANICO responds to her Motion for Class Certification, but reserves the right to so amend and/or intervene with a new or additional plaintiff based upon any challenges or objections by Defendant. Defendant reserves its rights to any and all defenses to such amendment or interventions, if any.

WHEREAS, the current schedule requires plaintiffs to submit their class certification motion and expert disclosures on September 21, 2010 and one of plaintiff's counsel, Ingrid Evans, will be out of the country during that time period. Additionally, plaintiff's counsel Andrew Friedman is set for trial on September 13, 2010, and is unavailable during that time.

Additionally, the parties are still conducting discovery: Defendant has not yet completed document production; and depositions of additional witnesses will be scheduled after the final document production. The parties believe that the current scheduling order on class certification should be modified to allow for completion of discovery, resolution of any discovery disputes and any other matters, as follows:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| Plaintiff's Motion for Class Certification and Designation of Class Cert Experts | September 21, 2010 | November 4, 2010 |
| Defendant's Opposition to Motion for Class Certification and Expert Disclosures | November 9, 2010 | January 6, ~~2010~~ 2011 |
| Plaintiff's Reply in Support of Motion for Class Certification | November 30, 2010 | January 20, ~~2010~~ 2011 |
| Hearing on Motion for Class Certification | December 20, 2010 | ~~January 31, 2010~~ Feb. 4, 2011 |

2

AMENDED STIPULATION AND PROPOSED ORDER CONTINUING BRIEFING SCHEDULE

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record, that the briefing schedule for Plaintiff's Motion Class Certification briefing may be continued as set forth above, subject to approval by the Court.

DATED: September 7, 2010	WATERS, KRAUS & PAUL

By: ___/s/_____
INGRID M. EVANS
Attorneys for Plaintiff DEBRA J. DOLCH, as Special Administrator of the Estate of DAPHNE P. RAND

DATED: September 7, 2010	GREER, HERZ & ADAMS, LLP

By: ___/s/_____
JOSEPH R. RUSSO
Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

## ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

DATED: September 7, 2010	WATERS, KRAUS & PAUL

By: ___/s/_____
INGRID M. EVANS

IT IS SO ORDERED.

DATED: _____

By _____
The Honorable Susan Illston
District Court Judge