1  EVANS LAW FIRM
   INGRID M. EVANS (179094)
2  Ingrid@evanslaw.com
   1 Embarcadero
3  P.O. Box 2323
   San Francisco, CA 94126-2323
4  Telephone:  415/441-8669
   Facsimile:  888-891-4906

5
   BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
6  ANDREW S. FRIEDMAN (*Pro Hac Vice*)
   afriedman@bffb.com
7  KIMBERLY C. PAGE (*Pro Hac Vice)*
   kpage@bffb.com
8  2901 N. Central Avenue, Suite 1000
   Phoenix, AZ 85012
9  Telephone: 602/274-1100
   602/274-1199 (fax)

10
   Attorneys for Plaintiffs and the Putative Class
11

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15
   DAPHNE P. RAND, by and through DEBRA J. )   Case No. CV 09 0639 SI
16  DOLCH, as Conservator of the Person and    )
    Estate of DAPHNE P. RAND, Conservatee, on )   The Honorable Susan Illston
17  Behalf of Themselves and All Others Similarly )
    Situated.                                  )
18                                             )   **STIPULATION RE SUBSTITUTION OF**
                        Plaintiffs,            )   **COUNSEL AND [PROPOSED] ORDER**
19                                             )
          vs.                                  )
20                                             )
    AMERICAN NATIONAL INSURANCE               )
21  COMPANY, a Texas corporation.             )
                                               )
22                                             )
                                               )
23                      Defendant.             )   Action Filed:  02/12/09
                                               )
24  _____ )

25                      **STIPULATION**

26  The undersigned party and counsel hereby stipulate that Plaintiff DEBRA J. DOLCH, as Special

27  Administrator of the Estate of DAPHNE P. RAND ("Plaintiff") retain Ingrid M. Evans and the

28  Evans Law Firm, 1 Embarcadero, P.O. Box 2323, San Francisco, California 94126-2323, Telephone: (415)

                              - 1 -
   Stipulation Re Substitution of Counsel and [Proposed] Order; CV 09 0639 SI

1 │ 441-8669; Facsimile: (888) 891-4906, and whose e-mail address is ingrid@evanslaw.com to

2 │ represent her in place of Waters Kraus & Paul.

3 │    I consent to this substitution of counsel.

4 │    Dated:  December 7, 2010

5 │
                                            _____
6 │                                              Debra J. Dolch
                                            As Special Administrator of the Estate of
                                                    Daphne P. Rand
7 │

8 │    I consent to this substitution of counsel.   EVANS LAW FIRM

9 │    Dated: [V 1/11]

10 │                                          By:_____
                                                     Ingrid M. Evans
                                            One of the Attorneys for Plaintiff
11 │

12 │    I consent to this substitution of counsel.   WATERS KRAUS & PAUL

13 │    Dated: _ 1-5-11

14 │                                          By:_____

15 │                                            Former Attorneys for Plaintiff

16 │                             [PROPOSED] ORDER

17 │        IT IS SO ORDERED.

18 │

19 │                                          _____
                                            Hon. Susan Illston
20 │                                          Judge of the United States District Court,
                                            Northern District of California
21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

                                    - 2 -

Stipulation Re Substitution of Counsel and [Proposed] Order: CV 09 0639 SI