THOMAS M. HERLIHY (SBN 83615)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370
Email: Thomas.Herlihy@wilsonelser.com
         Shivani.Nanda@wilsonelser.com

ANDREW J. MYTELKA (*Pro Hac Vice*)
JOSEPH R. RUSSO (*Pro Hac Vice*)
GREER, HERZ & ADAMS, LLP
One Moody Plaza, 18th Floor
Galveston, Texas  77550
Tel:    (409) 797-3200
Fax:    (409) 766-6424
Email: amytelka@greerherz.com
         jrusso@greerherz.com

Attorneys for Defendant
AMERICAN NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>             Defendant. | Case No.:      CV09-0639 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR ENTRY OF SUMMARY JUDGMENT AND STRIKING PLAINTIFF'S SUPPLEMENTAL CITATION** |

On November 5, 2010, Defendant American National Insurance Company ("ANICO") sought leave of Court to file a motion for reconsideration of the Court's September 29, 2010 Order regarding the parties' cross-motions for partial summary judgment. (Docket No. 156). Specifically, ANICO sought reconsideration of (1) the Court's conclusion that the issue of

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR ENTRY OF SUMMARY JUDGMENT AND STRIKING PLAINTIFF'S SUPPLEMENTAL CITATION**
USDC NDCA Case # CV09-0639 SI
519257.1

1  Plaintiff's standing under the UCL was not raised and presented for disposition in the summary
2  judgment motions, and (2) the Court's denial of summary judgment in ANICO's favor on
3  Plaintiff's claim that ANICO violated California Insurance Code § 10509.4.

4  On December 3, 2010, the Court issued an Order denying ANICO's motion for leave to
5  file a motion for reconsideration. (Docket No. 160). As to the question of Plaintiff's failure to
6  demonstrate standing under the UCL, the Court directed the parties to address standing and
7  causation in connection with the class certification or other appropriate motions.

8  With respect to Plaintiff's § 10509.4 claim, the Court directed Plaintiff "to file evidence
9  in support of the remainder of the § 10509.4 claim no later than **January 14, 2011**." (*Id.* at 3)
10 (emphasis in original). If, as ANICO contended, Plaintiff was unable to adduce any such
11 evidence, the Court directed Plaintiff to file a statement to that effect and the Court would grant
12 summary judgment in favor of ANICO. (*Id.*)

13 On January 14, 2011, Plaintiff failed to provide the Court with any evidence in support
14 of the remainder of the § 10509.4 claim. Nor did Plaintiff file a statement admitting that she
15 was unable to adduce any such evidence. Instead, Plaintiff improperly filed a "Supplemental
16 Citation" and attached a recent state court opinion that is not relevant to the § 10509.4 claim.
17 (Docket No. 165).

18 Accordingly, the Court GRANTS ANICO's request for entry of summary judgment in
19 its favor and against Plaintiff on the entirety of Plaintiff's § 10509.4 claim. The Court finds that
20 (1) ANICO did not violate California Insurance Code § 10509.4 in the sale of Plaintiff's
21 annuities; and (2) Plaintiff may not predicate her first claim for relief, brought under
22 California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*, on ANICO's
23 alleged violation of California Insurance Code § 10509.4.

24 ///
25 ///
26 ///
27 ///

1  In addition, because Plaintiff's Supplemental Citation is not evidence in support of the
2  remainder of the § 10509.4 claim, nor a statement that Plaintiff was unable to adduce any such
3  evidence, the Court GRANTS ANICO's request to strike Plaintiff's Supplemental Citation from
4  the record.

5  **IT IS SO ORDERED**

6  Dated:   2/2/11

   _____
7  SUSAN ILLSTON
   United States District Judge