THE EVANS LAW FIRM
INGRID M. EVANS (179094)
Ingrid@evanslaw.com
One Embarcadero
PO Box 2323
San Francisco, CA  94194126-2323
Telephone:  415/441-8669 or 888/503-8267
888/8917-4906 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:  602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>Defendant. | Case No. CV 09 0639 SI<br><br>CLASS ACTION<br><br>**STATUS REPORT AND STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE SCHEDULING ORDER**<br><br>Judge Susan Illston<br><br>Action Filed:            02/12/09 |

This Status Report and Stipulation To Vacate Scheduling Orders is submitted jointly by Plaintiff DEBRA J. DOLCH, as Special Administrator of the Estate of DAPHNE P. RAND ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel of records.  The parties have reached agreement on

several material economic terms of a proposed class settlement.  The parties have begun the process of negotiating and preparing a formal settlement agreement.  The parties contemplate that a settlement agreement will be finalized and submitted for preliminary approval by the Court within the forthcoming 45 days.

In light of the parties' progress towards settlement and to avoid burdening the Court with additional requests to modify the existing pretrial schedule, the parties respectfully request the Court to vacate the following dates subject to a request for re-instatement by either party or reinstatement by the Court:

|  | **Current Dates** |
|---|---|
| Plaintiff's Motion for Class Certification and Designation of Class Cert Experts | April 21, 2011 |
| Defendant's Opposition to Motion for Class Certification and Expert Disclosures | June 11, 2011 |
| Plaintiff's Reply in Support of Motion for Class Certification | June 25, 2011 |
| [Proposed] Hearing on Motion for Class Certification | July 8, 2011 |

DATED: April 1, 2011         THE EVANS LAW FIRM

By:   /s/
      INGRID M. EVANS
      Attorneys for Plaintiff DEBRA J. DOLCH, as Special
      Administrator of the Estate of DAPHNE P. RAND

DATED: April 1, 2011         GREER, HERZ & ADAMS, LLP

By:   /s/
      JOSEPH R. RUSSO
      Attorneys for Defendant AMERICAN NATIONAL
      INSURANCE COMPANY

2
STATUS REPORT AND STIPULATION TO VACATE SCHEDULING ORDER

## ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

THE EVANS LAW FIRM

DATED: April 1, 2011

By: ___/s/_____
INGRID M. EVANS

IT IS SO ORDERED.

DATED: __4/1/11_____

By _____*[signature: Susan Illston]*_____
The Honorable Susan Illston
District Court Judge

Further Case Management Conference set on 5/20/11 @ 3 p.m. A joint statement shall be filed one week prior to the conference.