THE EVANS LAW FIRM
INGRID M. EVANS (179094)
Ingrid@evanslaw.com
PO Box 2323
San Francisco, CA 94126-2323
Telephone: 415/441-8669 or
888/503-8267
888/8917-4906 (fax)

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice admission*)
afriedman@bffb.com
KIMBERLY C. PAGE (*Pro Hac Vice admission*)
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA J. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated. <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation. <br><br> Defendant. | Case No. CV 09 0639 SI <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE 5/20/11 CASE MANAGEMENT CONFERENCE AND TO SET THE MOTION FOR PRELIMINARY APPROVAL HEARING** <br><br> Judge Susan Illston <br><br> Action Filed:  02/12/09 |

This Stipulation To Vacate the Case Management Conference and To Set the Motion for Preliminary Approval Hearing is submitted jointly by Plaintiff DEBRA J. DOLCH, as Special Administrator of the Estate of DAPHNE P. RAND ("Plaintiff") and Defendant American National Insurance Company ("ANICO" or "Defendant"), by and through their respective counsel of records. The parties are close to finalizing a stipulation of settlement and all corresponding

1
STIPULATION TO VACATE 5/20/11 CMC HEARING AND SET MOTION FOR PRELIMINARY APPROVAL HEARING

exhibits. The parties anticipate that the Stipulation of Settlement and Exhibits will be submitted for filing to the Court with the Motion for Preliminary Approval the week of May 23rd.

The parties stipulate to vacating or continuing the Case Management Conference currently set for May 20, 2011 at 3:00 p.m. and request that the Motion for Preliminary Approval Hearing be set for June 10, 2011 at 9:00 a.m., or other date convenient to the court. The parties are also amenable to continuing the Case Management Conference date to June 10, 2011 to be held in conjunction with the Motion for Preliminary Approval Hearing.

DATED: May 12, 2011              THE EVANS LAW FIRM

                                 By:  /s/
                                     INGRID M. EVANS
                                     Attorneys for Plaintiff DEBRA J. DOLCH, as Special
                                     Administrator of the Estate of DAPHNE P. RAND

DATED: May 12, 2011              GREER, HERZ & ADAMS, LLP

                                 By:  /s/
                                     JOSEPH R. RUSSO
                                     Attorneys for Defendant AMERICAN NATIONAL
                                     INSURANCE COMPANY

## ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

DATED: May 12, 2011

THE EVANS LAW FIRM

By: ____/s/_____
    INGRID M. EVANS

IT IS SO ORDERED.

DATED: ____5/18/11_____

By____[signature]_____
The Honorable Susan Illston
District Court Judge