BONNETT FAIRBOURN FRIEDMAN
  & BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Vice)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

THE EVANS LAW FIRM
INGRID M. EVANS (179094)
Ingrid@evanslaw.com
P.O. Box 2323
San Francisco, CA 94111
Telephone: 415-441-8669
Facsimile: 888-891-4906

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
johns@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | **Case No. CV 09-0639-SI**<br>**CLASS ACTION**<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL APPROVAL OF SETTLEMENT CLASS, ISSUANCE OF NOTICE TO THE CLASS, AND SETTING OF FAIRNESS HEARING<br><br>JUDGE:  Hon. Susan Illston<br>DATE:   June 7, 2011<br>TIME:   10:00 am<br>CTRM:   10 |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 7, 2011, at 10:00 am in Courtroom 10 of the above-titled Court, the Honorable Susan Illston presiding, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff will and hereby does move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order (1) preliminarily approving the Settlement Agreement filed concurrently herewith; (2) conditionally certifying the Settlement Class; (3) approving the Notice of Class Action Settlement attached as Exhibit B to the Settlement Agreement and directing issuance of such Notice to the Class; and (4) setting the date for the hearing on final approval of the Settlement Agreement.

This motion is based on this Notice of Motion and Motion, Plaintiff's Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Issuance of Notice to the Class, and Setting of Final Approval Hearing, and the Settlement Agreement and Exhibits filed concurrently herewith, and upon such other matters as may be presented at the hearing.

Dated May 27, 2011

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

/s/ Andrew S. Friedman
ANDREW S. FRIEDMAN (Pro Hac Vice)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
afriedman@bffb.com
Telephone: 602-274-1100
Facsimile:  602-274-1189

THE EVANS LAW FIRM

/s/ Ingrid M. Evans
INGRID M. EVANS
P.O. Box 2323

San Francisco, CA 94126
Ingrid@evanslaw.com
Telephone: 415-441-8669

ROBBINS GELLER RUDMAN
& DOWD LLP

/s/ Theodore J. Pintar
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
tpintar@rgrdlaw.com
Telephone: 619-231-1058
Facsimile:  619-231-7423

BARRACK RODOS & BACINE

/s/ Stephen R. Basser
STEPHEN R. BASSER
600 W. Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com
Telephone: 619-230-0800
Facsimile:  619-230-1874

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 27, 2011.

By: /s/Kimberly C. Page