BONNETT FAIRBOURN FRIEDMAN
 & BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Vice)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

THE EVANS LAW FIRM
INGRID M. EVANS (179094)
Ingrid@evanslaw.com
P.O. Box 2323
San Francisco, CA 94111
Telephone: 415-441-8669
Facsimile: 888-891-4906

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
johns@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br>　　　　　Defendant. | **Case No. CV 09-0639-SI**<br><br>**CLASS ACTION**<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARD<br><br>JUDGE:　Hon. Susan Illston<br>DATE:　September 22, 2011<br>TIME:　9:00 a.m.<br>CTRM:　10 – 19th Floor |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's Findings and Order Preliminarily Approving Settlement, Directing Issuance of Notice to the Class, and Setting of Fairness Hearing, Plaintiffs will and hereby move this Court on August 8, 2011, for an order: (1) awarding Class Counsel $3,000,000.00 in attorneys' fees and expenses; and (2) approving service awards in the amount of $5,000 to Debra L. Dolch as Special Administrator and $15,000 to the Estate of Daphne P. Rand.

This motion is based upon the parties' Settlement Agreement, signed May 26, 2011 and the exhibits attached thereto; Plaintiffs' Memorandum in Support of Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Service Award; Joint Declaration of Andrew S. Friedman and Ingrid M. Evans in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Expenses and Service Award; Declaration of Andrew S. Friedman in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Expenses and Incentive Award, Declaration of Ingrid M. Evans in Support of Plaintiff's Motion for Final Approval and Attorneys' Fees and Costs, Declaration of Theodore J. Pintar in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Expenses and Incentive Award, Declaration of Stephen R. Basser in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Expenses and Incentive Award, Declaration of Nancy Rasch in Support of Motion for Final Approval and Attorneys' Fees and Costs, and such other written or oral argument as may be presented or required by the Court.

This motion is made on the grounds that, *inter alia*: (1) pursuant to the Settlement Agreement, Defendant American National Life Insurance Company has agreed to pay Class Counsel's attorneys' fees and expenses up to $3,000,000, separate and apart from the relief provided to the Settlement Class, and such award will not reduce or otherwise affect the settlement relief; (2) the Settlement obtained by Class Counsel confers substantial and valuable economic benefits to Class

Members; (3) Plaintiff's requested award is reasonable and fair under both the lodestar and percentage of recovery analyses approved by the Ninth Circuit; and (4) a service award to the Class Representatives in the amount totaling $5,000 to Debra L. Dolch and $15,000 to the Estate of Daphne P. Rand.

A proposed order is submitted herewith.

| | |
|---|---|
| Dated August 8, 2011 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| | /s/ Andrew S. Friedman |
| | ANDREW S. FRIEDMAN (Pro Hac Vice) |
| | 2901 North Central Avenue, Suite 1000 |
| | Phoenix, Arizona 85012 |
| | afriedman@bffb.com |
| | Telephone: 602-274-1100 |
| | Facsimile: 602-274-1189 |
| | THE EVANS LAW FIRM |
| | /s/ Ingrid M. Evans |
| | INGRID M. EVANS |
| | THE EVANS LAW FIRM |
| | P.O. Box 2323 |
| | San Francisco, CA 94126 |
| | Ingrid@evanslaw.com |
| | Telephone: 415-441-8669 |
| | ROBBINS GELLER RUDMAN & DOWD LLP |
| | /s/ Theodore J. Pintar |
| | THEODORE J. PINTAR |
| | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| | tpintar@rgrdlaw.com |
| | Telephone: 619-231-1058 |
| | Facsimile: 619-231-7423 |
| | BARRACK RODOS & BACINE |
| | /s/ Stephen R. Basser |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STEPHEN R. BASSER
600 W. Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com
Telephone: 619-230-0800
Facsimile:  619-230-1874

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2011.

By: /s/Andrew S. Friedman