BONNETT FAIRBOURN FRIEDMAN
  & BALINT, PC
ANDREW S. FRIEDMAN (Pro Hac Vice)
afriedman@bffb.com
KIMBERLY C. PAGE (Pro Hac Vice)
kpage@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602-274-1100

THE EVANS LAW FIRM
INGRID M. EVANS (179094)
Ingrid@evanslaw.com
3053 Fillmore Street, #236
San Francisco, CA 94111
Telephone: 415-441-8669
Facsimile: 888-891-4906

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
johns@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br>　　　　　　　　Defendant. | **Case No. CV 09-0639-SI**<br>**<u>CLASS ACTION</u>**<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>JUDGE:　Hon. Susan Illston<br>DATE:　September 22, 2011<br>TIME:　9:00 a.m.<br>CTRM:　10 – 19th Floor |

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that, on September 22, 2011, at 9:00 a.m. in
3  Courtroom 10 of the above-titled Court, the Honorable Susan Illston presiding,
4  located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff will and
5  hereby does move pursuant to Rule 23 of the Federal Rules of Civil Procedure for
6  an order: (1) granting final approval to the Class Action Settlement Agreement
7  filed May 27, 2011 and preliminarily approved by the Court on June 8, 2011; (2)
8  finally certifying the Settlement Class for settlement purposes and appointing
9  Plaintiff as Class Representative and Bonnett, Fairbourn, Friedman & Balint, P.C.;
10 The Evans Law Firm; Robbins, Geller, Rudman & Dowd, LLP; and Barrack Rodos
11 & Bacine as Class Counsel; and (3) finding that the Notice Program has been
12 adequate and reasonable, has met the requirements of Rule 23, and has constituted
13 the best notice practicable under the circumstances.
14         This motion is based on this Notice of Motion and Motion, Plaintiff's
15 Memorandum in Support of Motion for Final Approval of Class Action Settlement,
16 and the Joint Declaration of Andrew S. Friedman and Ingrid M. Evans in Support
17 of Plaintiff's Motion for Final Approval of Class Action Settlement and Exhibits
18 filed concurrently herewith.  In addition, Plaintiff bases this motion on the Joint
19 Declaration of Andrew S. Friedman and Ingrid M. Evans in Support of Plaintiff's
20 Memorandum in Support of Motion for an Award of Attorney's Fees,
21 Reimbursement of Expenses, and Service Award, filed August 8, 2011;
22 Declaration of Joseph R. Russo in Support of Defendant's Administrative Motion
23 to File Under Seal a List Reflecting All Requests for Exclusion and Exhibits, filed
24 September 15, 2011; and Declaration of Settlement Administrator Donna Reed,
25 filed September 15, 2011; and upon such other matters as may be presented at the
26 hearing.
27
28

Dated September 19, 2011

Respectfully submitted,

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

/s/ Andrew S. Friedman
ANDREW S. FRIEDMAN (Pro Hac Vice)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
afriedman@bffb.com
Telephone: 602-274-1100
Facsimile:  602-274-1189

THE EVANS LAW FIRM

/s/ Ingrid M. Evans
INGRID M. EVANS
3053 Fillmore Street, #236
San Francisco, CA 94111
Ingrid@evanslaw.com
Telephone: 415-441-8669

ROBBINS GELLER RUDMAN & DOWD LLP

/s/ Theodore J. Pintar
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
tpintar@rgrdlaw.com
Telephone: 619-231-1058
Facsimile:  619-231-7423

BARRACK RODOS & BACINE

/s/ Stephen R. Basser
STEPHEN R. BASSER
600 W. Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com
Telephone: 619-230-0800

2

| | |
|---|---|
| 1 | Facsimile:  619-230-1874 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2011.

By: /s/ Nancy Varner