UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>　　　　　　Defendant. | Case No. CV 09-0639-SI<br><br>**CLASS ACTION**<br><br>PROPOSED ORDER FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARD<br><br>JUDGE:　Hon. Susan Illston<br>DATE:　　September 22, 2011<br>TIME:　　9:00 a.m.<br>CTRM:　　10 – 19th Floor |

Based on the submissions of the Parties, including their oral presentations at the Final Approval Hearing, held on September 22, 2011, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

　　1.　Class Counsel are hereby awarded attorneys' fees in the amount of $3,000,000.00, which the Court finds to be reasonable and fair. This amount stipulated to in the Settlement Agreement as the Class Counsel Payment, covers any and all claims for attorneys' fees and expenses incurred by any and all counsel for Plaintiffs and the Class in connection with the settlement of the action and the

CHAMBER'S COPY

- 1 -

1  administration of such settlement.  Such payment is to be provided by American
2  National Life Insurance Company ("ANICO") to Bonnett, Fairbourn, Friedman &
3  Balint, P.C. within ten days of the Court's entry of Judgment. Bonnett, Fairbourn,
4  Friedman & Balint, P.C. shall be responsible for allocating and distributing the
5  Class Counsel Payment among Class Counsel.
6      2.    The Court awards the following service awards: (a) $5000.00 to
7  Debra L. Dolch as Special Administrator to the estate for legal fees and expenses
8  and (b) $15,000.00 to the Estate of Daphne P. Rand as Class Representative in the
9  action.  ANICO will pay the service award in addition to any benefits that Plaintiff
10  is entitled to receive as a Class Member.  ANICO will pay the service award within
11  15 days of the entry of Judgment.
12      SO ORDERED this 22 day of Sept., 2011.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN (Pro Hac Vice)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
afriedman@bffb.com
Telephone: 602-274-1100
Facsimile:  602-274-1189

THE EVANS LAW FIRM
INGRID M. EVANS
P.O. Box 2323
San Francisco, CA 94126
Ingrid@evanslaw.com
Telephone: 415-441-8669

ROBBINS GELLER RUDMAN
& DOWD LLP

- 3 -

```
 1
 2   THEODORE J. PINTAR
     655 West Broadway, Suite 1900
 3   San Diego, CA 92101
     tpintar@rgrdlaw.com
 4   Telephone: 619-231-1058
     Facsimile:  619-231-7423
 5
 6   BARRACK RODOS & BACINE
     STEPHEN R. BASSER
 7   600 W. Broadway, Suite 900
     San Diego, CA 92101
 8   sbasser@barrack.com
     Telephone: 619-230-0800
 9   Facsimile:  619-230-1874
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```