UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAPHNE P. RAND, by and through DEBRA L. DOLCH, as Conservator of the Person and Estate of DAPHNE P. RAND, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Defendant. | Case No. CV 09-0639-SI<br><br>[CIVIL ACTION]<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

## **FINAL JUDGMENT**

Based upon and subject to the class-wide settlement approved by the Court in this Action, ("Settlement", consisting of the Settlement Agreement, Docket No. 182), and the Final Order: (1) Approving Class Action Settlement, (2) Awarding Class Counsel Fees and Expenses, (3) Awarding Class Representative Service

- 1 -
**Error! Unknown document property name.**

Award, and (4) Dismissing Action with Prejudice approving said settlement, ("Final Order", D~~ocket No. ___~~).

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed, with prejudice on the merits, and that plaintiff Daphne P. Rand, by and through Debra L. Dolch, as Conservator of the Person and Estate of Daphne P. Rand, Conservatee, individually and on behalf of the Class (as defined below) recover nothing, and that no award of attorneys' fees, costs or expenses be made, other than as provided in the Settlement (Docket No. 182) and the Final Order (~~Docket No. ___~~).

The certified class bound by this Final Judgment ("Class") includes only the following persons:

Any entity, trust or natural person who is an Owner of an Annuity that was, purchased by a resident of, and/or issued within, the State of California between the period from January 1, 2002 to and including December 31, 2010 and was an Active Annuity or an Annuitized Annuity at any time on or after February 9, 2005; except that, Class does not include an entity, trust or person (a) who is or was an Owner of an Annuity (i) that was issued but not accepted or was returned to the Company as part of the exercise of the free-look provision in the Annuity or was otherwise rescinded, (ii) that validly and timely requests an exclusion from the Class or; (b) who signed a document that released American National from claims that are or would be Released Claims; (c) whose rights and claims respecting the Annuity have been finally adjudicated in a court of law; (d) who is or was a member of the Board of Directors, an officer, shareholder or

- 2 -

**Error! Unknown document property name.**

employee of American National at any time between January 1, 2002 and December 31, 2010, as well as the affiliates, legal representatives, attorneys, successors, or assigns of American National; (e) who is a judge, justice, or judicial official presiding over the Action or is with the staff or immediate family of such judge, justice or official; or (f) who is a person or entity hired to administer the terms of the Agreement.

This Final Judgment ends the above-captioned litigation on the merits for all claims and all parties.

Dated this __22__ day of ___Sept___, 2011.

_____
The Honorable Susan Illston
Judge of the U.S. District Court

**Error! Unknown document property name.**